**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1568**

———————————

KARON ANN PARHAM,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, District Judge. (CA-98-216-H-5)

———————————

Submitted:  July 30, 1998          Decided:  August 25, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Karon Ann Parham, Appellant Pro Se. Lars Franklin Nance, Michael F. Easley, Robert Michael Curran, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karon Parham seeks to appeal the district court's order denying relief on her civil complaint alleging errors made during a Nash County, North Carolina, Superior Court proceeding. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Parham v. North Carolina, No. CA-98-216-H-5 (E.D.N.C. Mar. 27, 1998). We deny Parham's motions to produce evidence and to command attendance at hearing. We deny Parham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED